**Order entered June 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01032-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JERRY GUTIERREZ, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-88020-2012**

## ORDER

On May 20, 2014, this Court issued an order directing Denise Y. Condran, Official Court Reporter of the County Court at Law No. 3 in Collin County, to file a supplemental reporter's record including the correct State's Exhibit #1 in the above-numbered cause with the Clerk of the Court of Appeals, Fifth District of Texas. To date, Ms. Condran has neither filed the supplemental record or otherwise corresponded with the Court regarding the record. This appeal cannot proceed without the issue of the reporter's record being resolved.

Accordingly, this Court **ORDERS** court reporter Denise Y. Condran to file the supplemental reporter's record including the correct State's Exhibit #1 in the above-numbered cause with the Clerk of the Court of Appeals, Fifth District of Texas within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order by electronic transmission to the Honorable Lance Baxter, Presiding Judge of the County Court at Law No. 3 in Collin County, Texas, and Denise Y. Condran, Official Court Reporter of the County Court at Law No. 3 in Collin County, Texas.

/s/    DAVID EVANS
JUSTICE